1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **JUSTIN W. SMERBER, ESQ.**
   Nevada Bar No. 10761
3  **KRIS D. KLINGENSMITH, ESQ.**
   Nevada Bar No. 13904
4  **MORAN BRANDON BENDAVID MORAN**
   630 S. Fourth Street
5  Las Vegas, Nevada 89101
   (702) 384-8424
6  (702) 384-6568 - *facsimile*
   l.brandon@moranlawfirm.com
7  Attorneys for Defendant,
   ALBERTSONS, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY MIKARU, individually,<br><br>          Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>          Defendants. | CASE NO.:  2:15-cv-01407-GMN-PAL |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

Page 1 of 2

parties, each party bear their respective fees and costs incurred.

DATED this 16th day of February, 2016.

| **BERNSTEIN & POISSON, LLC** | **MORAN BRANDON BENDAVID MORAN** |
|---|---|
| */s/ Erik A. Bromson, Esq.* | */s/ Lew Brandon, Jr., Esq.* |
| **SCOTT L. POISSON, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 10188 | Nevada Bar No. 5880 |
| **ERIK A. BROMSON, ESQ.** | **JUSTIN W. SMERBER, ESQ.** |
| Nevada Bar No. 9986 | Nevada Bar No. 10761 |
| 700 South Jones | **KRIS D. KLINGENSMITH, ESQ.** |
| Las Vegas, Nevada 89107 | Nevada Bar No. 13904 |
| Attorneys for Plaintiff, | 630 S. Fourth Street |
| KIMBERLY MIKARU | Las Vegas, Nevada 89101 |
|  | Attorneys for Defendant, |
|  | ALBERTSONS, LLC. |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this  17  day of  February , 2016.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

 */ s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC



MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568